# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00575-CV

**Longhorn Junction Land & Cattle, LLC, Gregory Hall and Bruce Barton, Appellants**

**v.**

**George Garver, Appellee**

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT
NO. 13-0266-C277, HONORABLE PHILLIP O. VICK, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to dismiss appeal.  We grant the motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a).[1]

_____

Melissa Goodwin, Justice

Before Justices Puryear, Goodwin, and Field

Dismissed on Joint Motion

Filed:   January 17, 2014

_____

[1] Pending before this Court are appellee's motion to dismiss and appellants' second motion to extend time to file brief and motion to extend time to file response and motion to withdraw as counsel.  We dismiss these motions as moot.